In the Matter of the Application of DAVID F. ENGEL and Others, Respondents, for an Order Requiring DAVID WEINTRAUB, Appellant, to Submit Certain Differences between the Parties to Arbitration and Staying Said DAVID WEINTRAUB from Proceeding in an Action Heretofore Instituted by Him against the Said DAVID F. ENGEL and Others, in the Supreme Court of the State of New York,

County of New York.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Dore, JJ.